### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA

#### EASTERN DIVISION

DEBORAH VIERA, et al.,

          Plaintiffs,

v.                            CIVIL ACTION NO.  ED CV:08-00182 JRG (JCRx)

JAY CHEHAIBER, et al.,

          Defendants.

#### JUDGMENT ORDER

In accordance with the accompanying order granting the plaintiffs' request for default judgment, the court **ORDERS** that judgment be entered in favor of the plaintiffs, and that this case be dismissed and stricken from the docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

          ENTER:      March 17, 2010

Joseph R. Goodwin, Chief Judge